1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAVID SNAPP and TIM KELLY
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  PABLO MEDINA

9

10
                IN THE UNITED STATES DISTRICT COURT
11
              FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,      ) 2:10-mj-00206 KJN
15                                )
                 Plaintiff,       ) STIPULATION AND ORDER TO CONTINUE
16                                ) COURT TRIAL
        v.                        )
17                                )
   PABLO MEDINA,                  )
18                                ) Date: October 4, 2010
                 Defendant.       ) Time: 9:00 A.M.
19                                ) Judge: Hon. Kendall J. Newman
   _____  )
20

21     It is hereby stipulated and agreed to between the United States of

22  America through Matthew C. Stegman, Assistant U.S. Attorney, and

23  defendant, Pablo Medina, by and through his counsel, Linda Harter,

24  Chief Assistant Federal Defender, that the court trial set for October

25  4, 2010, 9:00 a.m. be vacated and set for a court trial on Monday,

26  November 8, 2010 9:00 a.m.

27  ///

28  ///

1     The parties are requesting more time to try and resolve this case
2  without a trial.
3
   DATED: September 27, 2010            Respectfully submitted,
4                                       DANIEL J. BRODERICK
                                        Federal Defender
5
6                                         /s/ Linda Harter
                                        LINDA HARTER
7                                       Assistant Federal Defender
                                        Attorney for Defendant
8                                       Pablo Medina
9
10 DATED: September 27, 2010            BENJAMIN B. WAGNER
                                        United States Attorney
11
12                                        /s/ Matthew C. Stegman
                                        MATTHEW C. STEGMAN
13                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff
14
15                           **O R D E R**
16     **IT IS SO ORDERED.**
17 DATED: September 28, 2010.   /s/ Kendall J. Newman
                                HON. KENDALL J. NEWMAN
18                              United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28

-2-