```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID SNAPP and TIM KELLY
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  PABLO MEDINA

 9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,    ) 2:10-mj-00206 KJN
15                               )
              Plaintiff,         ) STIPULATION AND ORDER TO CONTINUE
16                               ) COURT TRIAL
         v.                      )
17                               )
    PABLO MEDINA,                )
18                               ) Date: November 8, 2010
              Defendant.         ) Time: 9:00 A.M.
19                               ) Judge: Hon. Kendall J. Newman
    _____ )
20
```

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant U.S. Attorney, and defendant, Pablo Medina, by and through his counsel, Linda Harter, Chief Assistant Federal Defender, that the court trial set for Monday, November 8th, 9:00am be vacated and set for a court trial on Wednesday, December 1, 2010 9:00am.

///

///

1   The parties are requesting more time to try to resolve this case
2   without a trial.

3
4   DATED: November 4, 2010            Respectfully submitted,
                                       DANIEL J. BRODERICK
                                       Federal Defender
5
6                                      /s/ Linda C. Harter
                                       LINDA C. HARTER
7                                      Assistant Federal Defender
                                       Attorney for Defendant
8                                      Pablo Medina

9
10  DATED: November 4, 2010            BENJAMIN B. WAGNER
                                       United States Attorney
11
12                                     /s/ Samantha S. Spangler for
                                       MATTHEW C. STEGMAN
13                                     Assistant U.S. Attorney
                                       Attorney for Plaintiff
14

15
                                **O R D E R**
16
    IT IS SO ORDERED.
17

18
    DATED: November 8, 2010, 2010.    /s/ Kendall J. Newman
19                                    HON. KENDALL J. NEWMAN
                                      United States Magistrate Judge
20