```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DAVID SNAPP and TIM KELLY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PABLO MEDINA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | 2:10-mj-00206 KJN |
| ) | |
| Plaintiff,  ) | STIPULATION AND ORDER TO VACATE |
| ) | COURT TRIAL AND SET CHANGE OF |
| v.  ) | PLEA HEARING |
| ) | |
| PABLO MEDINA,  ) | |
| ) | |
| Defendant.  ) | Date: December 1, 2010 |
| ) | Time: 9:00 A.M. |
| _____ ) | Judge: Hon. Kendall J. Newman |

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant U.S. Attorney, and defendant, Pablo Medina, by and through his counsel, Linda Harter, Chief Assistant Federal Defender, that the court trial set for December 1, 2010, 9:00am be vacated and set for a change of plea hearing on December 15, 2010, 2:00pm.

///

1  ///

2  DATED: November 30, 2010                Respectfully submitted,
                                            DANIEL J. BRODERICK
3                                           Federal Defender

4
                                            /s/ Courtney Fein for
5                                           LINDA HARTER
                                            Assistant Federal Defender
6                                           Attorney for Defendant
                                            Pablo Medina
7

8  DATED: November 30, 2010                BENJAMIN B. WAGNER
                                            United States Attorney
9

10
                                            /s/ Matthew C. Stegman
11                                          MATTHEW C. STEGMAN
                                            Assistant U.S. Attorney
12                                          Attorney for Plaintiff

13
                                **O R D E R**
14
        **IT IS SO ORDERED.**
15
    DATED: November 30, 2010.              /s/ Kendall J. Newman
16                                          HON. KENDALL J. NEWMAN
                                            United States Magistrate Judge